THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BEATRIZ ALCANTAR, Individually and as Personal Representative of the ESTATE OF JOSHUA FLORES, and JOSHUA FLORES, deceased,<br><br>                           Plaintiffs,<br><br>v.<br><br>CITY OF CENTRALIA, WASHINGTON, and OFFICERS FREDRICK J. MERCER, AARON M. MILLER, & RUBEN Z. RAMIREZ, in their individual and official capacities,<br><br>                           Defendants. | Case No. 3:21-cv-05458-DGE<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO REMAND TO LEWIS COUNTY SUPERIOR COURT**<br><br>Note on Motion Calendar: 10/27/2023 |

  THIS MATTER CAME before the undersigned Judge of the above-entitled Court on Plaintiffs' Motion to Remand to Lewis County Superior Court and the Court having reviewed the records and files herein.

  1.  Plaintiffs' Motion to Remand to Lewis County Superior Court.

ORDER GRANTING PLAINTIFFS' MOTION TO REMAND TO LEWIS COUNTY SUPERIOR COURT
Case No. 3:21-cv-05458-DGE
Page 1 of 3

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
SUSANMM@MSN.COM

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that Plaintiffs' Motion to Remand to Lewis County Superior Court is GRANTED. Plaintiff's state law claims are remanded to Lewis County Superior Court.

ENTERED this 30th day of October 2023.

                        David G. Estudillo
                        United States District Judge

*Prepared and presented by:*

By: */s/ Susan B. Mindenbergs*
Susan B. Mindenbergs, WSBA #20545
Law Office of Susan B. Mindenbergs
705 Second Avenue, Suite 1050
Seattle, WA 98104
Telephone: (206) 447-1560
Facsimile: (206) 447-1523
Email: susanmm@msn.com
*Attorney for Plaintiff*

By: */s/ Vonda M. Sargent*
Vonda M. Sargent, WSBA #24552
The Law Offices of Vonda M. Sargent
119 First Avenue South, Suite 500
Seattle, WA 98104
Telephone: (206) 838-4970
Facsimile: (206) 682-3002
Email: sisterlaw@me.com
*Attorney for Plaintiff*

ORDER GRANTING PLAINTIFFS' MOTION TO REMAND TO LEWIS COUNTY SUPERIOR COURT
Case No. 3:21-cv-05458-DGE
Page 2 of 3

**SUSAN B. MINDENBERGS**
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
susanmm@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2023, the undersigned caused a true and correct copy of the foregoing document to be served in the manner indicated below upon the following individual(s):

| | |
|---|---|
| John E. Justice, WSBA #23042<br>LAW, LYMAN, DANIEL, KAMERRER<br>  & BOGDANOVICH, P.S.<br>P. O. Box 11880<br>Olympia, WA 98508<br>Telephone: (360) 754-3480<br>Facsimile:  (360) 754-3511<br>Email: jjustice@lldkb.com<br>*Attorney for Defendants* | ☐ Legal Messenger<br>☐ USPS First Class Mail<br>☐ Facsimile<br>☐ Electronic Mail<br>☐ UPS/FedEx Shipping<br>☒ CM/ECF |

The foregoing statement is made under the penalty of perjury under the laws of the United States of America and the State of Washington and is true and correct.

DATED this 4th day of October 2023.

By: */s/ Christine A. Tobin*
Christine A. Tobin, *Paralegal*
Law Office of Susan B. Mindenbergs
705 Second Avenue, Suite 1050
Seattle, WA 98104
Telephone: (206) 447-1560
Facsimile:  (206) 447-1523
Email: christine@sbmlaw.net

ORDER GRANTING PLAINTIFFS' MOTION TO REMAND TO LEWIS COUNTY SUPERIOR COURT
Case No. 3:21-cv-05458-DGE
Page 3 of 3

**SUSAN B. MINDENBERGS**
ATTORNEY AT LAW
705 SECOND AVENUE, SUITE 1050
SEATTLE, WA 98104
TEL: (206) 447-1560; FAX: (206) 447-1523
SUSANMM@MSN.COM